DOAN Plaintiff in Error, *vs.* LISLE, Defendant in Error.

A. *Fenly*, for plaintiff in error.
T. *Polk*, for defendant in error.

SCOTT, Judge. This is the case of J. P. Doan against T. & P. Miller, in another form. For the reason given in the case referred to, the judgment will be affirmed, the other judges concurring.

———◦◦◦———

DAVIS *et al.*, Appellants, *vs.* BOWLING & ELY, Respondents.

1. In an action on a note made in another state, the burden of proof is on the defendant to show that the rate of interest on the face of the note is usurious.

*Appeal from Hannibal Court of Common Pleas.*

*Richmond & Lakenan*, for appellants, cited Story on Promissory Notes, §166–7 and notes. §181, 196. *Gordon* v. *Phelps*, 7 J. J. Marsh. 619. 4 ib. 238. *Hosford* v. *Nicholas*, 1 Paige's Rep. 226. 2 Kent's Comm. §39, p. 459–61.

*Wm. M. Cooke*, for respondents, cited *Leavenworth* v. *Brockway*, 2 Hill's (N. Y.) Rep. 201–3. *Allen* v. *Watson*, 2 Hill's (S. C.) Rep. 319–22. *Harrison* v. *Allnut*, 12 Louisiana, 465.

RYLAND, Judge, delivered the opinion of the court.

This was a suit by the plaintiffs against the defendants on a note executed by them to the plaintiffs in California. The note is as follows: " $2176. One day after date, we promise to pay Davis, Mellon & Co., two thousand one hundred and seventy-six dollars, for value received, with two and a half per cent. per month interest on same till paid. Bowling, Ely & Co. Sacramento City, September 24, 1850. Per D. S. E."